**The People of the State of Illinois, defendant in error, v. Sophie Svirsky and George Patris, plaintiffs in error. Gen. Nos. 37,946, 37,947.**

Heard in the first division of this court for the first district at the December term, 1934. Opinion filed May 6, 1935.

Sinon A. Murray and Samuel L. Golan, for plaintiffs in error; Samuel L. Golan, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**Joseph E. Rothstein, appellant, v. London Guarantee and Accident Company, Ltd., appellee. Gen. No. 37,980.**

Heard in the first division of this court for the first district at the February term, 1935. Opinion filed May 6, 1935.

H. Kay George and Martin Rothman, for appellant. John E. Wilson, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**Anthony Vanagaitis, appellee, v. Lithuanian News Publishing Company and Pius Grigaitis, appellants. Gen. No. 37,991.**

Heard in the first division of this court for the first district at the February term, 1935. Opinion filed May 6, 1935.

Stedman & Feinstein, for appellants; A. J. Refakes, of counsel. Harold O. Mulks, Anthony A. Olis and Rudolph Vasalle, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.